**Dennis K. JOHNSONBAUGH, Appellant,**

v.

**DEPARTMENT OF PUBLIC WELFARE.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1997.

Decided Nov. 13, 1997.

Kenneth A. Wise, Harrisburg, for Appellant.

John A. Kane, Chief Counsel, Robert Miller, Jr., Asst. Counsel, Harrisburg, James S. Marshall, Senior Asst. Counsel, Philadelphia, for Appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

*ORDER*

PER CURIAM:

Order affirmed.

NEWMAN, J., did not participate in the consideration or decision of this case.